UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | |
| **DOUGLAS C. LANE**, Individually, as Personal Representative of the Estate of **CHRISTINE C. LANE**, deceased, and on behalf of all Surviving Beneficiaries, and as Parent and Natural Guardian of **M.C.L.**, <br><br> **WAYNE A. CONRAD**, and <br><br> **KAREN C. CONRAD**, <br><br> Plaintiffs, <br><br> -v.- <br><br> AMERICAN AIRLINES INC. <br> 1 Skyview Dr. <br> Fort Worth, TX 76155 <br><br> PSA AIRLINES, INC. <br> 1 Terminal Dr. <br> Middletown, PA 17057 <br><br> UNITED STATES OF AMERICA, <br> Pamela Bondi, in her official capacity as U.S. Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue N.W. <br> Washington, D.C. 20530-0001 <br><br> Defendants. | Lead Case No: 1:25-cv-03382-ACR <br><br> **SHORT FORM COMPLAINT** |

1

Plaintiffs DOUGLAS C. LANE, Individually, as Personal Representative of the Estate of CHRISTINE C. LANE, deceased, and on behalf of all Surviving Beneficiaries, and as Parent and Natural Guardian of M.C.L., WAYNE A. CONRAD, and KAREN C. CONRAD, respectfully allege as follows:

1. Plaintiffs refer to and incorporate by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiffs adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiffs incorporate by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

2

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

## **PLAINTIFFS' INFORMATION:**

5. Decedent, CHRISTINE C. LANE, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. CHRISTINE C. LANE resided in Rhode Island.

7. Plaintiff DOUGLAS C. LANE is a resident of Rhode Island and was the lawful spouse of CHRISTINE C. LANE, deceased, at the time of her death.

8. Plaintiff WAYNE A. CONRAD is a resident of Pennsylvania and was the father of CHRISTINE C. LANE, deceased.

9. Plaintiff KAREN C. CONRAD is a resident of Pennsylvania and was the mother of CHRISTINE C. LANE, deceased.

10. Plaintiff DOUGLAS C. LANE brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of CHRISTINE C. LANE, deceased, and on behalf of all

surviving beneficiaries of the Estate of CHRISTINE C. LANE, as well as on behalf of his minor son, M.C.L.

11. On or about May 5, 2025, the State of Rhode Island Probate Court issued an order appointing DOUGLAS C. LANE as Personal Representative of the Estate of CHRISTINE C. LANE.  Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of CHRISTINE C. LANE and brings this lawsuit in his representative capacity.

12. Plaintiffs WAYNE A. CONRAD and KAREN C. CONRAD also bring wrongful death claims in their individual capacity

## PLAINTIFFS' ADMINISTRTIVE CLAIMS

13. On or about July 16, 2025, Plaintiffs DOUGLAS C. LANE, on behalf of himself, the Estate of CHRISTINE C. LANE, deceased, all surviving beneficiaries, and his minor son, M.C.L; WAYNE A. CONRAD and KAREN C. CONRAD served their initial administrative claims upon the FAA.

14. On or about July 16, 2025, Plaintiff Plaintiffs DOUGLAS C. LANE, on behalf of himself, the Estate of CHRISTINE C. LANE, deceased, all surviving beneficiaries, and his minor son, M.C.L; WAYNE A. CONRAD and KAREN C. CONRAD, served their initial administrative claims upon the United States Army ("Army").

15. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a).  This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

&boxtimes;    the FAA denied Plaintiffs' claims on November 10, 2025 on behalf of both the FAA and United States Army ("Army").

## PLAINTIFFS' DAMAGES

16. Plaintiffs request all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

- ☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;
- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

- ☒ loss of life's pleasures;

- ☒ loss of enjoyment of life of the DECEDENT;

- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

- ☒ attorneys' fees, costs and other damages permitted under applicable laws;

- ☒ pre- and post-judgment interest on all damages as allowed by law;

- ☒ all costs of suit herein;

- ☒ such other and further relief as the Court shall deem just and proper;

- ☐ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

17. At the time of her death, Decedent Christine Lane was employed as a sales agent with Residential Properties Ltd., the largest real estate firm in Rhode Island. Having recently completed an intensive real estate education program, Christine had obtained her professional licensure and secured her position as a sales agent only weeks before the collision, and she had quickly become a valued member of the firm. Christine was also a quilter, knitter and modern maker of uncommon talent who shared her talents with others via online platforms such as YouTube and Instagram.

She is survived by her husband, Douglas Lane, and their son, M.C.L., as well as both of her parents, Wayne A. Conrad and Karen C. Conrad. Christine perished alongside her son, Spencer Lane, a talented and accomplished figure skater affiliated with The Skating Club of Boston.

6

Christine Lane was a beloved wife, mother and daughter, whose loss has caused profound emotional and psychological harm to her family, who will carry the weight of her absence for the rest of their lives.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: January 15, 2026

**KREINDLER & KREINDLER LLP**

By: ___*/s/ Vincent C. Lesch*___
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(*pro hac vice* application forthcoming)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(*pro hac vice* application forthcoming)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com